ELECTRONIC RECORD

**1293-14**

COA # 12-13-00251-CR    OFFENSE: 22.01

STYLE: Reginald Jerome Bell v. The State of Texas    COUNTY: Smith

COA DISPOSITION: AFFIRMED    TRIAL COURT: 114th District Court

DATE: 08/29/2014    Publish: NO    TC CASE #: 114-0674-13

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Reginald Jerome Bell v. The State of Texas    CCA #: **1293-14**

_____ PRO SE _____ Petition    CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____

_____ REFUSED _____    JUDGE: _____

DATE: 02/11/2015    SIGNED: _____    PC: _____

JUDGE: Per Curiam    PUBLISH: _____    DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**